[No. 30253-1-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
EARL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01728-6, Robert E. Dixon, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 32416-1-I; 32494-2-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
SCOTT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JESSE
LOGE, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 92-8-00734-5, Frank A. Morrow, J. Pro Tem., entered February 26, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 29152-1-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY LEE
HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00088-0, Anne L. Ellington, J., entered September 6, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Kennedy, JJ.

[No. 30794-1-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. AVERY
DAMON LAMBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06378-4, Michael J. Fox, J., entered June 1, 1992. *Affirmed* by unpublished per curiam opinion.